B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

_____ District Of  Maryland

In re  Octavia B. Bangura,                          Case No.  18-18843

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association as Trustee of Bungalow Series III Trust | Wells Fargo Bank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

C/O SN Servicing Corp.
323 5th Street
Eureka, California  95501

Phone:  (800) 603-0836
Last Four Digits of Acct #:  5021

Court Claim # (if known):  1-1
Amount of Claim:  525,502.29
Date Claim Filed:  07/26/2018

Phone:  (800) 274-7025
Last Four Digits of Acct. #:  3587

Name and Address where transferee payments should be sent (if different from above):

SN Servicing Corporation
PO BOX 660820
DALLAS, Texas 75266-0820

Phone:  (800) 603-0836
Last Four Digits of Acct #:  5021

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Joshua Welborn, Esq.  (Jwel 10-24-18)    Date:  10/25/2018
Bar No: 29359
Email: bankruptcymd@mwc-law.com

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

18-603567